AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: | Date and time warrant executed:<br>August 11, 2017 2:30 pm | Copy of warrant and inventory left with:<br>At Residence |
| Inventory made in the presence of :<br>Eric HUGHES | | |
| Inventory of the property taken and name of any person(s) seized:<br>34 Alljoy Road, Bluffton, SC<br>    See Attachment | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: September 1, 2017

_____
*Executing officer's signature*

Barry Wilson, Special Agent
*Printed name and title*

AO 93 Attachment

Items seized from 34 Alljoy Road, Bluffton, SC on August 11, 2017:

1) Clear plastic bag containing an unknown quantity of green pills;
2) Apple Macbook Air, Serial Number CPWRK76TH3QD;
3) White case with an unknown quantity of orange/blue pills
4) Two Bank America deposit receipts and two identification cards;
5) Silver Apple iPhone IMEI # 352032054367482;
6) Plastic baggie containing 4 pink pills (suspected MDMA);
7) $75, 780 United States Currency;
8) Silver scale containing white powder residue;
9) Clear plastic baggie containing an unknown quantity of white pills (suspected counterfeit Xanax);
10) Black trash bag containing clothing, 2 scales and white powder;
11) Miscellaneous paperwork including bank statements and bit coin transaction statements;
12) Black Alcatel one touch cellular telephone;
13) United States Passport – Taylor PLACE;
14) Black Verizon Samsung cell phone;
15) Apple Macbook Pro;
16) Black Springfield Armory XD .40 caliber semi-automatic pistol with ammunition and magazine and additional magazine;
17) Partial box of .40 caliber ammunition;
18) Silver and black Royal Sovereign money counter;
19) Plastic bottle containing a green leafy substance;
20) Undetermined amount of European Currency.